# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, et al., <br><br> Defendants. | Case No.  1:14-cv-01388-MCE-SAB <br><br> ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE |

On October 10, 2014, Defendants Centex Homes and Centex Real Estate Corporation ("Defendants") filed a motion to dismiss Plaintiff's First Amended Complaint.  (ECF No. 8.) Due to the Court's impacted caseload, the Court has reviewed the pending motion and the Court finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72.

///
///
///
///
///
///

Accordingly:

1. The pending motion to dismiss (ECF No. 8) is REFERRED to Magistrate Judge Stanley A. Boone;

2. The hearing set for November 13, 2014 at 2:00 p.m. in Courtroom 7 before District Judge Morrison C. England, Jr. is VACATED; and

3. The parties are hereby informed that Magistrate Judge Stanley A. Boone's Chambers will set a new hearing date at the Court's convenience.

IT IS SO ORDERED.

Dated: October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT