# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTEX HOMES, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01388-MCE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE NON-PARTY GREGORY DILLION'S MOTION TO QUASH (ECF No. 49)<br><br>ORDER VACATING HEARING ON NON-PARTY GREGORY DILLION'S MOTION TO QUASH SET FOR DECEMBER 16, 2015 AT 10:00 A.M. |

On November 11, 2015, non-party Gregory Dillion filed a motion to quash a subpoena to testify at a deposition, and filed an amended notice of hearing on November 19, 2015. (ECF Nos. 49, 50). On December 2, 2015, Mr. Dillion filed a notice that he is withdrawing the motion to quash without prejudice. (ECF No. 52). Accordingly, IT IS HEREBY ORDERED that non-party Gregory Dillion's motion to quash the subpoena to testify at a deposition is HEREBY WITHDRAWN and the Clerk of the Court is directed to TERMINATE the motion to quash the subpoena (ECF No. 49), and the hearing set for December 16, 2015, at 10:00 a.m. is VACATED. The hearing remains for Defendants' motion to compel production of documents.

IT IS SO ORDERED.

Dated: __**December 3, 2015**__

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1