**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Jason Y. Chao, Esq. (SBN 250735)
Thomas V. Perea, Esq. (SBN 140223)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
jchao@aguileragroup.com
tperea@aguileragroup.com

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, and ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>　　　Defendants. | Case No.: 1:14-cv-01388-MCE-SAB<br><br>**ORDER GRANTING REQUEST TO EXTEND DISCOVERY, EXPERT DESIGNATION AND MEDIATION COMPLETION DEADLINES** |

The parties submitted a Joint Stipulation to Extend Discovery, Expert Designation and Mediation Completion Deadlines. After reviewing the stipulation and for good cause showing, the Court agrees to extend the discovery, expert designation and mediation completion deadlines as requested by the parties. This Court therefore amends the discovery deadlines as follows:

///

///

///

1

Case No.: 1:14-cv-01388-SAB
ORDER GRANTING REQUEST TO EXTEND DISCOVERY, EXPERT DESIGNATION AND MEDIATION COMPLATION DEADLINES

| EVENT | CURRENT DATE | PROPOSED DATE | ORDERED DATE |
|---|---|---|---|
| Discovery cut-off (except expert discovery) | April 11, 2016 | June 10, 2016 | |
| Expert disclosure deadline | June 10, 2016 | August 10, 2016 | |
| Rebuttal expert disclosure deadline | Thirty days after initial disclosure. | To remain thirty days after initial disclosure. | |
| Mediation completion deadline | June 29, 2016 | August 29, 2016 | |

**IT IS SO ORDERED.**

Dated:  January 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

Case No.: 1:14-cv-01388-SAB
ORDER GRANTING REQUEST TO EXTEND DISCOVERY, EXPERT DESIGNATION AND MEDIATION COMPLATION DEADLINES