**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Jason Y. Chao, Esq. (SBN 250735)
Thomas V. Perea, Esq. (SBN 140223)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
jchao@aguileragroup.com
tperea@aguileragroup.com

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, and ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No.: 1:14-CV-01388-DAD-SAB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TRIAL AND PRE-TRIAL DATES AND DEADLINE FOR PRODUCTION OF TRAVELERS' NAMED INSURED CLAIMS FILES** |

The parties submitted a JOINT STIPULATION TO EXTEND TRIAL AND PRE-TRIAL DATES AND DEADLINE FOR PRODUCTION OF TRAVELERS' NAMED INSURED CLAIMS FILES. After reviewing the stipulation and for good cause showing, the Court agrees to extend the trial and pre-trial dates and deadline for production of TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA's and ST. PAUL MERCURY INSURANCE COMPANY's named insured claims files. This Court therefore amends the following deadlines as follows:

///

| EVENT | CURRENT DATE | AMENDED DATE |
|---|---|---|
| Discovery cut-off (except expert discovery) | June 10, 2016 | December 10, 2016 |
| Expert disclosure deadline | August 10, 2016 | February 10, 2017 |
| Rebuttal expert disclosure deadline | Thirty days after initial disclosure. | To remain thirty days after initial disclosure. |
| Mediation completion deadline | August 29, 2016 | February 24, 2017 |
| Last day to hear dispositive motions | October 18, 2016 | April 18, 2017 at 9:30 am |
| Final pre-trial conference | February 13, 2017 | August 7, 2017 at 1:30 pm |
| Trial | April 11, 2017 | October 3, 2017 at 1:00 pm |
| Deadline for Travelers' production of its named insured claims files pursuant to the Court's April 5, 2016 order | May 5, 2016 | July 5, 2016 |

IT IS SO ORDERED.

Dated:   **April 15, 2016**                    _____
                                              UNITED STATES DISTRICT JUDGE